IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUNA MORTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 13-4621 |

ORDER

AND NOW, this 7th day of January, 2015, after reviewing the Report and Recommendation of Magistrate Judge Henry S. Perkin, and with the Court finding that no party has timely filed objections to Judge Perkin's Report and Recommendation, it is hereby ORDERED that:

1. The Report and Recommendation of Judge Perkin is APPROVED and ADOPTED;

2. Plaintiff's request for review is GRANTED in part and DENIED in part;

3. This case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation;

4. The decision of the Commissioner is REVERSED for the purposes of remand only; and

5. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.